UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERTO COREANO,

    Plaintiff,

v.                                            Case No: 8:21-cv-54-CEH-JSS

FURNITURE LIQUIDATORS USA
INC. and SAJID MUNIR,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 35). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 35).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees, except as otherwise provided in the Stipulation.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on October 20, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

2

**COPIES FURNISHED TO**:

Counsel of Record